No. 95–7602. MEADOWS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7604. JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7608. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7609. PRINCE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7611. WARD *v.* TURNER. C. A. 5th Cir. Certiorari denied.

No. 95–7613. GLASS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 95–7614. BURK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7615. MOSS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7617. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7622. WARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7625. NAPERT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7632. DAVIS *v.* BRITT, JUDGE, NORTH CAROLINA SUPERIOR COURT, 16B DISTRICT. C. A. 4th Cir. Certiorari denied.

No. 95–7633. HATCHETT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7636. BRICE *v.* UNITED STATES PAROLE COMMISSION. C. A. 3d Cir. Certiorari denied.

No. 95–7640. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.